UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**VINCENT NGUYEN**

    Plaintiff,

v.

**UNITED AIRLINES INC.**

    Defendant.

No. C **07-06087** EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: Jan 28, 2008

_____
Signature

Counsel for _pro se_.
(Name or party or indicate "pro se")