**FILED**

FEB X 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT NGUYEN, | No. C-07-06087 EDL |
| Plaintiff, | **ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |
| v. | |
| UNITED AIRLINES INC., | |
| Defendant. | |

Plaintiff Vincent Nguyen filed his complaint on December 3, 2007, along with an application to proceed in forma pauperis and a request for appointment of counsel. On January 28, 2008, Plaintiff filed his consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). On February 1, 2008, the Court granted Plaintiff's Application to Proceed In Forma Pauperis.

The Court has discretion to appoint counsel for an indigent plaintiff where it finds "exceptional circumstances." See 28 U.S.C. § 1915(e)(1); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1990). A determination that a case involves exceptional circumstances requires an evaluation of both the merits of the case and the ability of the pro se plaintiff to articulate his claims in light of the complexity of the legal issues involved. Id. Having reviewed Plaintiff's complaint, the Court does not find Plaintiff's complaint to be "exceptional." Further, at this early stage, the Court cannot determine whether the case has merit or whether complex legal issues warrant the appointment of counsel. Accordingly, the request for appointment of counsel is denied.

**IT IS SO ORDERED.**

Dated: February 1, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VINCENT NGUYEN,

        Plaintiff,

v.

UNITED AIRLINES INC. et al,

        Defendant.
_____/

Case Number: CV07-06087 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Nguyen
4090 Sacramento Avenue
San Jose, CA 95111

Dated: February 1, 2008

                                  Richard W. Wieking, Clerk
                                  By: Lili M. Harrell, Deputy Clerk