IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT NGUYEN, | No. C-07-06087 EDL |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED AIRLINES INC., | |
| Defendant. / | |

The Court has received Plaintiff's February 13, 2008 letter requesting a three-month continuance of all dates in this matter because Plaintiff must travel to Vietnam for two family medical emergencies. In addition, the docket reflects that, in response to the Court's February 1, 2008 Order granting Plaintiff's application to proceed in forma pauperis, summons was issued as to Defendant on February 4, 2008, but as of this date, no return of service has been filed. For these reasons, there is good cause to continue the Case Management Conference currently set for March 11, 2008 to June 10, 2008 at 10:00 a.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA. The parties shall file a joint case management conference statement no later than June 3, 2008.

Plaintiff is cautioned that there will be no further continuances absent exceptional good cause. While Plaintiff is abroad, he is responsible for making sure that he receives any communications from the Court or Defendant that are sent to his address of record.

**IT IS SO ORDERED.**

Dated: February 19, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge