February 13, 2008

Magistrate Judge Elizabeth D. Laporte
United States District Court
Northern District of California

RE: **Nguyen vs. United Airlines, Case Number: C 07-06087 EDL**
     **Request for Postponement of Court Proceedings**

Dear Judge Laporte:

I respectfully request the postponement of all court proceedings for three months due to two family medical emergencies in Vietnam.

I will be traveling to Vietnam on February 20, 2008 to see my brother and my father. I have no firm return date. Most probably I may have to spend some time in Vietnam. My brother suffered a massive stroke late last year. His neurologist told me that his situation is precarious. My 80-year-old father recently sustained head injuries when a car accidentally ran him down.

I understand the summons are being served by the United States Marshall. For the court's information, attorney for defendant United Airlines has not contacted me.

Attached is a copy of my confirmed reservation and receipt for payment.

Respectfully submitted,

*Vincent D. Nguyen*

Vincent Nguyen
4090 Sacramento Avenue
San Jose, CA 95111
408-781-8416
vincentduc@yahoo.com

Encl.. Copy of confirmed reservation and receipt for payment



# SUN LIGHT TRAVEL, INC.

2569 S. King Road . Suite C5 . San Jose . CA 95122
Tel. (408) 531-9799 . Fax (408) 531-9714
www.sunlighttravel.com
E-mail: info@sunlighttravel.com

```
SALESPERSON: 20              ITINERARY/INVOICE NO. 0094472        DATE: 04 FEB 08
CUSTOMER NBR: 019920                              CHKJFM           PAGE: 01

TO:  SUNLIGHT TRAVEL
     2569 S KING RD STE C5
     SAN JOSE CA 95122

FOR: NGUYEN/VINCENT DUC         REF: DT
```

*To, 20 Feb Wed — check in @ 9:10pm*

```
21 FEB 08   -   THURSDAY
    AIR    EVA AIRWAYS           FLT:17      ECONOMY          MEALS
           LV SAN FRANCISCO                  1210A            EQP: 747-400 COMBI
           DEPART: INTERNATIONAL TERMINAL                     13HR 50MIN

22 FEB 08   -   FRIDAY
           AR TAIPEI                         605A             NON-STOP
           ARRIVE: TERMINAL 2                                 REF: C6KW6Y
           NGUYEN/VINCENT     SEAT-40B
    AIR    EVA AIRWAYS           FLT:391     ECONOMY          MEALS
           LV TAIPEI                         910A             EQP: BOEING 747
           DEPART: TERMINAL 2                                 03HR 30MIN
           AR HO CHI MINH                    1140A            NON-STOP
           ARRIVE: TERMINAL 1                                 REF: C6KW6Y
           NGUYEN/VINCENT     SEAT-50A

01 AUG 08   -   FRIDAY
    AIR    EVA AIRWAYS           FLT:392     ECONOMY          MEALS
           LV HO CHI MINH                    1255P            EQP: BOEING 747
           DEPART: TERMINAL 1                                 03HR 25MIN
           AR TAIPEI                         520P             NON-STOP
           ARRIVE: TERMINAL 2                                 REF: C6KW6Y
    AIR    EVA AIRWAYS           FLT:18      ECONOMY          MEALS
           LV TAIPEI                         750P             EQP: 747-400 COMBI
           DEPART: TERMINAL 2                                 11HR 30MIN
           AR SAN FRANCISCO                  420P             NON-STOP
           ARRIVE: INTERNATIONAL TERMINAL                     REF: C6KW6Y

30 AUG 08   -   SATURDAY
    OTHER INFO
           FULL PAYMENT BY CASH FEB4/DT
           FINAL PAYMENT                                                  30.00

AIR TICKET   C17106281635       NGUYEN VINCENT DUC                     1,253.30

                                SUB TOTAL                              1,283.30
                                LESS DISCOUNT                            313.30-

                                TOTAL AMOUNT DUE                         970.00
```