1  VINCENT NGUYEN
2  vincentduc@yahoo.com
   4090 Sacramento Avenue
3  San Jose, CA 95111
   408-781-8416
4  Plaintiff in Pro Se



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT NGUYEN,              ) | Case No. C 07-06087 EDL |
|                              ) | |
|         Plaintiff,           ) | **PLAINTIFF'S REQUEST TO** |
|                              ) | **PARTICIPATE IN INITIAL CASE** |
|     v.                       ) | **MANAGEMENT CONFERENCE** |
|                              ) | **BY TELEPHONE** |
| UNITED AIRLINES INC.         ) | |
|                              ) | Conference Date: March 11, 2008 |
|         Defendant.           ) | Time: 10:00 a.m. |
|                              ) | Judge: Honorable Elizabeth D. Laporte |
|                              ) | |

Plaintiff Vincent Nguyen in pro se requests the Court to allow him to participate by telephone in the Initial Case Management Statement set for March 11, 2008 at 10:00 a.m. Plaintiff may still be in Vietnam at that time to attend to two family medical emergencies.

Dated: February 19, 2008

_____
Vincent Nguyen
Plaintiff in Pro Se
vincentduc@yahoo.com
4090 Sacramento Avenue
San Jose, CA 95111
408-781-8416

C 07-06087 EDL
PLAINTIFF'S REQUEST TO PARTICIPATE IN
INITIAL CASE MANAGEMENT STATEMENT                                      -1-
BY TELEPHONE