UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VINCENT NGUYEN,

             Plaintiff,

  v.

UNITED AIRLINES INC. et al,

             Defendant.

_____/

Case Number: CV07-06087 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Nguyen
4090 Sacramento Avenue
San Jose, CA 95111

Dated: June 6, 2008

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk