USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Vincent Nguyen | C-07-6087-EDL |
| DEFENDANT | TYPE OF PROCESS |
| United Airlines, Inc. | Summons, Orders & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United Airlines, Inc.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1200 East Algonquin Road, Elk Grove, IL 60007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Vincent Nguyen, Pro per
4090 Sacramento Avenue
San Jose, CA 95111

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 6/6/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 11 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | Date 6/11/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Dona Nafczyk    Project Manager    ATA

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 6/16/08    Time: 4:10 [ ] am [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | $25.25 | | $115.25 | | $0.00 |

REMARKS: 6/11/08 - FWD summons to N/IL (Chicago) Rec for personal service
6-16-08 4:00 PM Endeavor 1200 East Algonquin Rd, Elk Grove Village, IL Legal moved to 77 W. Wacker Dr.
4:03 PM Called United Legal - Donna Nofczyk will accept for Legal    Chicago, IL 60601
Service fee: $45 x 2 (Deputy Hrs) = 90
Mileage: 50 x 50.5 = $25.25

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

6-16-08 Received by RWard to serve.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Vincent Nguyen | COURT CASE NUMBER<br>C-07-6087-EDL |
|---|---|
| DEFENDANT<br>United Airlines, Inc. | TYPE OF PROCESS Summons,<br>Complaint & Orders |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | United Airlines, Inc. |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 1200 East Algonquin Road, Elk Grove, IL  60007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Vincent Nguyen, Pro per
4090 Sacramento Avenue
San Jose, CA  95111

| Number of process to be served with this Form - 285 | 4 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Deputy Clerk   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER (415) 522-2067   DATE 2/4/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk<br>R. Jain | Date<br>2/7/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 2/8/08-Fwd to N/IL-Chicago Office for personal service

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|