1  VINCENT NGUYEN
2  vincentduc@yahoo.com
   4090 Sacramento Avenue
3  San Jose, CA 95111
   408-781-8416
4  Plaintiff in Pro Se

5

FILED
08 JUL 21 AM 9:58
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VINCENT NGUYEN, | ) Case No. C 07-06087 EDL |
|---|---|
| Plaintiff, | ) PLAINTIFF'S NOTICE OF |
| v. | ) DISMISSAL OF CASE |
|  | ) WITH PREJUDICE |
| UNITED AIRLINES INC. | ) |
| Defendant. | ) |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Vincent Nguyen hereby dismisses this case with prejudice forthwith. Defendant United Airlines Inc. has not appeared in this case.

Dated: July 21, 2008

_____
Vincent Nguyen
Plaintiff in Pro Se
vincentduc@yahoo.com
4090 Sacramento Avenue
San Jose, CA 95111
408-781-8416

C 07-06087 EDL
PLAINTIFF'S NOTICE OF DISMISSAL OF
CASE WITH PREJUDICE                                                                 -1-